# Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

shecker@heckerfink.com

September 2, 2025

BY ECF

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Letter Motion GRANTED. All remaining bond conditions shall be met no later than September 17, 2025.**
>
> Dated: September 2, 2025
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   United States v. Jordan Chirico, 25-cr-365 (S.D.N.Y.)

Dear Judge Rochon:

    We represent Jordan Chirico in the above-captioned case. On August 20, the Court ordered Mr. Chirico released on a personal recognizance bond, subject to certain conditions, including the requirement that he secure the bond with his primary residence. (Dkt. 13). We respectfully request a two-week extension of time, from September 3 to September 17, to meet the security requirement of the bond. No previous extensions of this deadline have been requested. The parties are next scheduled to appear before the Court on January 21, 2026. Neither the government nor Pretrial Services object to this request.

Respectfully submitted,

*Sean Hecker*

Sean Hecker

cc:   Counsel of Record