## Hecker Fink LLP

**NEW YORK | WASHINGTON, DC | LOS ANGELES**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

shecker@heckerfink.com

February 3, 2026

**BY ECF**

The Honorable Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   *Re:*  *United States v. Jordan Chirico*, 25 Cr. 365 (JLR) (S.D.N.Y.)

Dear Judge Rochon:

   We write, on consent, to respectfully request that the Court amend the protective order entered in the above-referenced case. The Court previously entered a protective order in this case on September 5, 2025. (Dkt. 28). That order provides that materials produced by the government in discovery could only be used "for purposes of defending this action." (*Id.* ¶ 2). Mr. Chirico now seeks to amend the existing protective order, on the government's consent and without objection from Mr. Wear, to permit defendants to also use discovery produced by the government in this case in any related civil cases. There is good cause for the proposed modification, *see* Fed. R. Crim. P. 16(d)(1), because it will reduce the burdens and costs of document discovery on the parties to this case and to the related civil cases. A proposed amended protective order, which has been executed by the parties, is attached to this letter.

         Respectfully submitted,

         *[signature]*

         _____

         Sean Hecker
         HECKER FINK LLP
         350 Fifth Avenue, 63rd Floor
         New York, New York 10118
         Telephone: (212) 763-0889
         shecker@heckerfink.com

cc:  Counsel of Record