UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JORDAN CHIRICO,<br><br>               Defendant. | Case No. 1:25-cr-00365 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

As stated at the April 29, 2026 status conference, any response from non-party Jefferies Financial Group to Defendant Jordan Chirico's motion for the issuance of a subpoena (including any arguments in the context of motion to quash), *see* Dkt. 64, shall be filed by **May 8, 2026**.  To the extent the Government has standing to respond to Defendant's motion or Jefferies' response, it shall do so by **May 15, 2026**.  Defendant shall reply by **May 22, 2026**.

As further stated at the April 29, 2026 status conference, IT IS HEREBY ORDERED that a jury trial shall commence on Tuesday, **February 16, 2027**, at 9:30 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that Defendant shall make any substantive motions no later than **September 4, 2026**, the Government shall respond no later than **September 18, 2026**, and Defendant shall file any reply no later than **September 25, 2026**.  All submissions shall comply with the Court's Individual Rules and Local Rules.

IT IS FURTHER ORDERED that the parties shall comply with the following schedule for pre-trial submissions:

| | |
|---|---|
| **December 18, 2026:** | The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list. |

In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules.

**January 8, 2027:**    Defendant shall file responses to the Government's motion(s) and his own motions *in limine*, if any.

**January 15, 2027:**    The Government shall file a response to Defendant's motion(s) *in limine*, if any.

There shall be no replies to any motions *in limine*. The parties shall otherwise comply with the Court's Individual Rule 6 regarding criminal cases.

Finally, IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **February 5, 2027, at 10:00 a.m.** in the aforementioned courtroom.

Dated: April 29, 2026
New York, New York

SO ORDERED.

_Jennifer Rochon_

JENNIFER L. ROCHON
United States District Judge

2