UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JORDAN CHIRICO,

Defendant.

Case No. 1:25-cr-00365-2 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

IT IS HEREBY ORDERED that Scott S. Balber, Michael P. Jones, and Alex Lupsaiu, of

the law firm Herbert Smith Freehills Kramer (US) LLP, be granted access to file via CM/ECF in

the above-captioned action as the representatives of non-party Jefferies Financial Group Inc.

("Jefferies").  The Court will accept Jefferies' May 8, 2026 opposition to Defendant Jordan

Chirico's motion for the issuance of a Rule 17(c) subpoena, once docketed, as timely filed.

Dated: May 11, 2026
        New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge