**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JORDAN CHIRICO,<br><br>*Defendant*. | 25-cr-00365-JLR |

**ORDER MODIFYING BAIL CONDITIONS AND**
**<u>AUTHORIZING HAMILTON COUNTY TO DISCHARGE THE MORTGAGE</u>**

WHEREAS Defendant Jordan Chirico executed a $1,000,000 personal recognizance bond (the "Bond") in connection with the above-captioned matter before this Court on August 20, 2025;

WHEREAS the Bond was secured by a mortgage entered on the Defendant's residence located in Hamilton County, Indiana;

WHEREAS the mortgage was made on September 15, 2025 between the Mortgagor, Jordan L. Chirico and Kyla Chirico, and the Mortgagee, the United States of America (the "Government"), and the Mortgagor is indebted to the Mortgagee in the principal sum of $1,000,000 of equity;

WHEREAS the mortgage was signed by the Mortgagor on September 15, 2025 and recorded by the Hamilton County, Indiana Recorder's Office on September 16, 2025, as Instrument Number of 2025039598 (cross-reference: Instrument Number 2020066239);

WHEREAS the mortgage secured the following property:

LOT NUMBER 21 IN LAURELWOOD, AN ADDITION IN HAMILTON COUNTY, INDIANA, AS PER PLAT THEREOF RECORDED AS INSTRUMENT NO. 8911586 AND AMENDED AS INSTRUMENT NO. 9010640 IN THE OFFICE OF THE RECORDER OF HAMILTON COUNTY, INDIANA.

IT IS HEREBY ORDERED, upon application of counsel for Defendant Jordan Chirico, and the consent of the Government, as Mortgagee, that the obligations of the mortgage have been satisfied or waived, the lien of such mortgage is extinguished and released, and the Court authorizes the Hamilton County, Indiana Recorder's Office to discharge the mortgage.

This resolves the Consent Letter Motion at Dkt. 81.

Dated: July, 22, 2026
New York, NY

Jennifer Rochon
JENNIFER L. ROCHON
U.S. District Judge